# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY G. VALENZUELA, | Case No. ED CV 15-0578 JCG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE.**

DATED: 9.23.2016

_____
Hon. Jay C. Gandhi
United States Magistrate Judge